# First District Court of Appeal
## State of Florida

_____

No. 1D17-2418

_____

JASON TOLBERT,

    Appellant,

v.

LAKEVIEW LOAN SERVICING,
LLC,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael R. Weatherby, Judge.

February 28, 2018

PER CURIAM.

Appellant seeks review of an order denying a motion for telephonic hearing. The order is not a final order or an appealable, non-final order. Accordingly, Appellee's motion to dismiss the appeal is granted, and the appeal is dismissed for lack of jurisdiction.

WETHERELL, ROWE, and JAY, JJ., concur.

*** 

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

***

Jason Tolbert, pro se, Appellant.

Matthew A. Ciccio of Aldridge Pite, LLP, Delray Beach, for Appellee.